TO: CLERK OF THE COURT - FED. DIST. COURT
FROM: ISAIAH FEASTER #146998, East. Corr. Inst.
SUBJECT: FED. BILLS! 99-6208; 2341; 99-794; 99-793?
DATE: MARCH 5, 2008

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MAR 07 2008

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Dear Clerk of The Court!

I am having problems with the prison officials taking money out of my account and I am receiving no receipts from Fed. Court. I need to know if the money is being sent to your office.

From my inaccurate records I have paid $47.09 to 6208; $26.39 to 2341 and $39.19 to 99-794  99-793? for a total of $142.67?

I would like for your office to consolidate the total amount to one bill let me know the balance due, and consolidate the other two. If possible.

or

Would you please send me a print out of all the monies you received from all accounts and the date you received them, and let me know the totals owed.

Thank you

Sincerely,

Isaiah Feaster